# UNITED STATES DISTRICT COURT
District of Massachusetts

Peierls Foundation, Inc. and E. Jeffrey Peierls, individually, and as trustee,

    Plaintiffs,

V.

James E. Rurka, Mark Skaletsky, Paul J. Mellett, Richard Aldrich, Kate Bingham, Charles W. Newhall III, David Schnell, and John P. Walker,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

03 CV 12213 EFH

TO: David Schnell

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David E. Marder
Robin's, Kaplan, Miller & Ciresi LLP
111 Huntington Avenue, Suite 1300
Boston, MA 02199

an answer to the complaint which is served on you, with this summons, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS          NOV 12 2003

CLERK                                DATE

(BY) DEPUTY CLERK

Peierls, et. al., Plaintiff(s)
vs.
Rurka, et. al., Defendant(s)

Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-



## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:

ROBINS, KAPLAN, MILLER & CIRESI
Ms. Janet S. Nolan
111 Huntington Ave., Suite 1300
Boston, MA  02199-7610

--David Schnell
Court Case No. 03-cv-12213 (EFH)

State of: California ) ss.
County of: Santa Clara )

**Name of Server:** Terry Gray, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on the 5 day of January, 20 04, at 140 o'clock P M

**Place of Service:** at 435 Tasso Street, Suite 200, in Palo Alto, CA 94301

**Documents Served:** the undersigned served the documents described as:
Summons, Complaint and Exhibit A.

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
David Schnell

**Person Served, and Method of Service:**
☑ By personally delivering them into the hands of the person to be served.
☐ By delivering them into the hands of _____, a person of suitable age and discretion residing at the Place of Service, whose relationship to the person to be served is _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Brown; Facial Hair None
Approx. Age 47; Approx. Height 5'10"; Approx. Weight 180

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server   1-5-04
(Date)

Subscribed and sworn to before me this 5th day of January, 20 04

Notary Public   (Commission Expires)
1-24-07

APS International, Ltd.
APS File #:  063426-0001

SARAH VADEN
Commission # 1395614
Notary Public - California
Santa Clara County
My Comm. Expires Jan 24, 2007