AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### District of Massachusetts

Peierls Foundation, Inc. and E. Jeffrey Peierls,
individually, and as trustee,

       Plaintiffs,

         V.

James E. Rurka, Mark Skaletsky, Paul J. Mellett,
Richard Aldrich, Kate Bingham, Charles W.
Newhall III, David Schnell, and John P. Walker,

       Defendants.

     TO: Charles W. Newhall III

## SUMMONS IN A CIVIL CASE

### CASE NUMBER:

# 03   12213 EFH

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David E. Marder
Robin's, Kaplan, Miller & Ciresi LLP
111 Huntington Avenue, Suite 1300
Boston, MA 02199

an answer to the complaint which is served on you, with this summons, within _____20_____ days after service
of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against
you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

_____
CLERK

_____
(BY) DEPUTY CLERK

JAN 1 2 2003

_____
DATE

Peieris Foundation, et. al., Plaintiff(s)
vs.
Rurka, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-
3122

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:

--Charles W. Newhall, III
Court Case No. 03-12213 (EFH)

ROBINS, KAPLAN, MILLER & CIRESI
Ms. Janet S. Nolan
111 Huntington Ave., Suite 1300
Boston, MA 02199-7610

State of: __MARYLAND__ ) ss.
County of: __HOWARD__ )

**Name of Server:** __BERNARD L. SCHOBERG__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on the __5__ day of __January__, 20 __04__, at __1:25__ o'clock __P__ M

**Place of Service:** at __2803 Caves Road__, in __Owings Mills, MD 21117__

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Charles W. Newhall, III

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.

☒ By delivering them into the hands of __AMY NEWHALL__, a person of suitable age and discretion residing at the Place of Service, whose relationship to the person to be served is __WIFE__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__; Skin Color __WHITE__; Hair Color __BROWN__; Facial Hair _____
Approx. Age __35__; Approx. Height __5'11"__; Approx. Weight __165__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _____ day of __January__, 20 04

_signature_
Signature of Server

**APS International, Ltd.**
APS File #: 063441-0001

_Notary seal:_
SHERRY SCHOBERG
NOTARY PUBLIC
MY COMMISSION EXPIRES
05/01/04
HOWARD COUNTY, MD

_signature_
Notary Public (Commission Expires)