# UNITED STATES DISTRICT COURT

District of Massachusetts

Peierls Foundation, Inc. and E. Jeffrey Peierls,
individually, and as trustee,

      Plaintiffs,

V.

James E. Rurka, Mark Skaletsky, Paul J. Mellett,
Richard Aldrich, Kate Bingham, Charles W.
Newhall III, David Schnell, and John P. Walker,

      Defendants.

TO: John P. Walker

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

03-12213 EFH

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David E. Marder
Robin's, Kaplan, Miller & Ciresi LLP
111 Huntington Avenue, Suite 1300
Boston, MA 02199

an answer to the complaint which is served on you, with this summons, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

NOV 12 2003

DATE

Peierls, et. al., Plaintiff(s)
vs.
Rurka, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-

# AFFIDAVIT OF SERVICE -- Individual

**Service of Process on:**
--John P. Walker
Court Case No. 03-cv-12213 (EFH)

ROBINS, KAPLAN, MILLER & CIRESI
Ms. Janet S. Nolan
111 Huntington Ave., Suite 1300
Boston, MA 02199-7610

State of: __California__ ) ss.
County of: __Santa Clara__ )

**Name of Server:** __David Noriega__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on the __5__ day of __January__, 20 __04__, at __2:10__ o'clock __P__ M

**Place of Service:** at __3430 W. Bayshore Road__, in __Palo Alto, CA 94303__

**Documents Served:** the undersigned served the documents described as:
**Summons, Complaint w/attached Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
John P. Walker

**Person Served, and Method of Service:**
[✓] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _____, a person of suitable age and discretion residing at the Place of Service, whose relationship to the person to be served is _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__; Skin Color __White__; Hair Color __Brown__; Facial Hair __None__
Approx. Age __46__; Approx. Height __6'1"__; Approx. Weight __200__

[✓] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __5th__ day of __January__, 20 __04__

__(signature)__  1/5/04
Signature of Server  (Date)

__(signature)__  1/24/0_
Notary Public  (Commission Expires)

APS International, Ltd.
APS File #:  063426-0002

SARAH VADEN
Commission # 1395614
Notary Public - California
Santa Clara County
My Comm. Expires Jan 24, 2007