# UNITED STATES DISTRICT COURT
## District of Massachusetts

Peierls Foundation, Inc. and E. Jeffrey Peierls, individually, and as trustee,

    Plaintiffs,

V.

James E. Rurka, Mark Skaletsky, Paul J. Mellett, Richard Aldrich, Kate Bingham, Charles W. Newhall III, David Schnell, and John P. Walker,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03-12213 EFH

TO: James E. Rurka

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David E. Marder
Robin's, Kaplan, Miller & Ciresi LLP
111 Huntington Avenue, Suite 1300
Boston, MA 02199

an answer to the complaint which is served on you, with this summons, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
_____
CLERK

NOV 1 2 2003
_____
DATE

_____
(BY) DEPUTY CLERK

Peierls, et. al., Plaintiff(s)
vs.
Rurka, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:

--James E. Rurka
Court Case No. 03-cv-12213 (EFH)

ROBINS, KAPLAN, MILLER & CIRESI
Ms. Janet S. Nolan
111 Huntington Ave., Suite 1300
Boston, MA  02199-7610

State of: California ) ss.
County of: Santa Clara )

Name of Server: David Noriega, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

Date/Time of Service: that on the 30 day of December, 20 03, at 10 40 o'clock A M

Place of Service: at 3 Carriage Street, in Menlo Park, CA

Documents Served: the undersigned served the documents described as:
Summons, Complaint w/attached Exhibit A

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
James E. Rurka

Person Served, and Method of Service:
[X] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _____, a person of suitable age and discretion residing at the Place of Service, whose relationship to the person to be served is _____

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Brown; Facial Hair None
Approx. Age 46; Approx. Height 5'10"; Approx. Weight 180

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 30th day of December, 2003

David Noriega  12/30/03
Signature of Server   (Date)

_____ 1/24/07
Notary Public   (Commission Expires)

APS International, Ltd.
APS File #: 063426-0003

SARAH VADEN
Commission # 1395614
Notary Public · California
Santa Clara County
My Comm. Expires Jan 24, 2007