# UNITED STATES DISTRICT COURT

District of Massachusetts

Peierls Foundation, Inc. and E. Jeffrey Peierls,
individually, and as trustee,

      Plaintiffs,

      V.

James E. Rurka, Mark Skaletsky, Paul J. Mellett,
Richard Aldrich, Kate Bingham, Charles W.
Newhall III, David Schnell, and John P. Walker,

      Defendants.

TO: Paul J. Mellett

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

03  12213 EFH

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David E. Marder
Robin's, Kaplan, Miller & Ciresi LLP
111 Huntington Avenue, Suite 1300
Boston, MA 02199

an answer to the complaint which is served on you, with this summons, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK



(BY) DEPUTY CLERK

NOV 1 2 2003

DATE

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | **DATE** December 23, 2003 |
| **NAME OF SERVER** RAVI PAHUJA | **TITLE** Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
  500 Arsenal Street, Watertown                              , MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
  _____

Said service was made at:_____, MASSACHUSETTS

☐ Other: By handing true and attested copies thereof to _____
  Duly Authorized Agent for the within-named_____
  Said service was made at:
  _____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $ 103.00 | $ 103.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   December 23, 2003         *[signature] Ravi Pahuja*
              Date                       Signature of Server

                                        One Devonshire Place, Boston, Massachusetts
                                        Address of Server

**ADDITIONAL INFORMATION**
  PLEASE NOTE THAT IT WAS NECESSARY TO MAKE   2   ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| 12/22/03 | 2:30p.m. | No service at 78 Fourth Ave., Waltham, Ma. - A Secretary for Essential Therapeutics stated Paul Mellett no longer works at said address and the only forwarding information said Secretary would provide is Mr. Mellett's cell phone #781-760-1169.....Process Server called said #, got voice mail and left a message asking for a call back............................................................................................................. | $_____.00 $_____.00 $  34.00 |
| | | On 12/23/03 Process Server learned Mr. Mellett works at Enanta Pharmaceuticals, 500 Arsenal St., Watertown, Ma. | $_____.00 |
| 12/23/03 | 2:45p.m. | When Process Server arrived at 500 Arsenal St., Watertown, Ma. he learned Mr. Mellett was on a conference call and could not be disturbed....Your Office instructed Process Server to wait.....Process Server waited until 3:30p.m. when In Hand Service was made... Trip-$29  Wait-$40   Total | $_____.00 $  69.00 |

**DUE & DILIGENT SEARCH:**   $_____.00   No service was made   **TOTAL**   $  103.00
because when constable arrived at said address he discovered said address to be

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

| | | |
|---|---|---|
| Suvalle, Jodrey & Associates | One Devonshire Place | Telephone # (617) 720-5733 |
| Massachusetts Constables since 1925 | Boston, MA  02109 | Fax #         (617) 720-5737 |