AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Peierls Foundation, Inc. and E. Jeffrey Peierls, individually, and as trustee,

   Plaintiffs,

v.

James E. Rurka, Mark Skaletsky, Paul J. Mellett, Richard Aldrich, Kate Bingham, Charles W. Newhall III, David Schnell, and John P. Walker,

   Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03-12213 EFH

TO: Mark Skaletsky
    25 Winthrop Road
    Brookline, MA 02445

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David E. Marder
Robin's, Kaplan, Miller & Ciresi LLP
111 Huntington Avenue, Suite 1300
Boston, MA 02199

an answer to the complaint which is served on you, with this summons, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE: NOV 1 2 2003

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | **DATE** December 22, 2003 |
| **NAME OF SERVER** RAVI PAHUJA | **TITLE** Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
   25 Winthrop Road, Brookline                    , MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
   _____

   Said service was made at: _____, MASSACHUSETTS

☐ Other:  By handing true and attested copies thereof to _____
          Duly Authorized Agent for the within-named _____
          Said service was made at:
          _____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $ 25.00 | $ 25.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____December 22, 2003____     *[signature: Ravi Pahuja]*
              Date                        Signature of Server

                                          One Devonshire Place, Boston, Massachusetts
                                          Address of Server

**ADDITIONAL INFORMATION**
    PLEASE NOTE THAT IT WAS NECESSARY TO MAKE _____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |

**DUE & DILIGENT SEARCH:** $ _____.00    No service was made    **TOTAL** $_____.00
because when constable arrived at said address he discovered said address to be

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

| | | |
|---|---|---|
| **Suvalle, Jodrey & Associates** | **One Devonshire Place** | Telephone # (617) 720-5733 |
| **Massachusetts Constables since 1925** | **Boston, MA 02109** | Fax #        (617) 720-5737 |