UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEIERLS FOUNDATION INC. and E. JEFFREY PEIERLS, individually and as trustee for Under Deed Ethel F. Peierls for Brian E. Peierls, Under Deed Ethel F. Peierls for E. Jeffrey Peierls, Under Deed Edgar S. Peierls for Ethel F. Peierls et al., Under Deed Jennie N. Peierls for Brian E. Peierls, Under Deed Jennie N. Peierls for E. Jeffrey Peierls, Under Will Jennie N. Peierls for Brian E. Peierls, and Under Will Jennie N. Peierls for E. Jeffrey Peierls<br><br>Plaintiffs,<br>v.<br><br>JAMES E. RURKA,<br>MARK SKALETSKY,<br>PAUL J. MELLETT,<br>RICHARD ALDRICH,<br>KATE BINGHAM,<br>CHARLES W. NEWHALL III,<br>DAVID SCHNELL,<br>JOHN P. WALKER,<br><br>Defendants. | Civil Action No. 03-12213 EFH |

## Motion for Admission of Susan Bernhardt and James N. Phillips *Pro Hac Vice*

David E. Marder, a member in good standing of the bar of this Court, respectfully moves for the admission of Susan Bernhardt and James N. Phillips *Pro Hac Vice*. Filed herewith are Declarations establishing that: 1) Ms. Bernhardt and Mr. Phillips are members of the bar of a United States District Court or the bar of the highest court of a state; 2) Ms. Bernhardt and Mr. Phillips are in good standing in every jurisdiction where they have been admitted to practice; 3) there are no disciplinary proceedings pending against Ms. Bernhardt or Mr. Phillips as members

35012513.1

of the bar in any jurisdiction; and 4) Ms. Bernhardt and Mr. Phillips are familiar with the Local Rules for the United States District Court for the District of Massachusetts.

> Respectfully submitted,
>
> [signature]
>
> David E. Marder, Esq. (BBO #552485)
> Attorney for Plaintiffs
> ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
> 111 Huntington Street, Suite 1300
> Boston, MA 02199
> (617) 267-2300

Dated: January 7, 2004

35012513.1

## Local Rule 7.1 Certificate

I have not yet conferred with opposing counsel in an attempt to resolve or narrow the issues presented by this motion because I am unaware of any counsel having been retained by the Defendants.

David E. Marder

## Certificate of Service

I hereby certify that I have mailed the foregoing document on January 7, 2004 to the following:

Mark Skaletsky
25 Winthrop Road
Brookline, MA 02445-4527

David Schnell
Prospect Venture Partners
435 Tasso Street, Suite 200
Palo Alto, CA 94301

James E. Rurka
3 Carriage Court
Menlo Park, CA 94025-6626

Kate Bingham
71 Kingsway
London WC2B 6ST
United Kingdom

Paul J. Mellett
500 Arsenal Street
Watertown, MA 02472-2806

Charles W. Newhall, III
2803 Caves Road
Owings Mills, MD 21117

John P. Walker
Bayhill Therapeutics, Inc.
3430 W. Bayshore Road
Palo Alto, CA 94303

Richard Aldrich
RA Capital Associates
245 First St., 18th Floor
Cambridge, MA 02142

David E. Marder

35012513.1