

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PEIERLS FOUNDATION INC. and
E. JEFFREY PEIERLS, individually and as trustee for Under Deed Ethel F. Peierls for Brian E. Peierls, Under Deed Ethel F. Peierls for E. Jeffrey Peierls, Under Deed Edgar S. Peierls for Ethel F. Peierls et al., Under Deed Jennie N. Peierls for Brian E. Peierls, Under Deed Jennie N. Peierls for E. Jeffrey Peierls, Under Will Jennie N. Peierls for Brian E. Peierls, and Under Will Jennie N. Peierls for E. Jeffrey Peierls

    Plaintiffs,

v.

JAMES E. RURKA,
MARK SKALETSKY,
PAUL J. MELLETT,
RICHARD ALDRICH,                   Civil Action No. 0312213ESH
KATE BINGHAM,
CHARLES W. NEWHALL III,
DAVID SCHNELL,
JOHN P. WALKER,

    Defendants.

## DECLARATION OF JAMES N. PHILLIPS

1. I am an associate of the law firm Netzorg McKeever Koclanes & Bernhardt LLC, located at 1670 Broadway, Suite 500, Denver, CO 80202.

2. I am admitted to practice in the Colorado courts including the Federal District Court and the Tenth Circuit.

3. I am member of the Bar in good standing of every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings currently pending against me as a member of the bar of any jurisdiction.

1

5.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 31st day of December, 2003.

_____
James N. Phillips

## Certificate of Service

I hereby certify that I have mailed the foregoing document on January 7, 2004 to the following:

Mark Skaletsky
25 Winthrop Road
Brookline, MA 02445-4527

Paul J. Mellett
500 Arsenal Street
Watertown, MA 02472-2806

David Schnell
Prospect Venture Partners
435 Tasso Street, Suite 200
Palo Alto, CA 94301

Charles W. Newhall, III
2803 Caves Road
Owings Mills, MD 21117

James E. Rurka
3 Carriage Court
Menlo Park, CA 94025-6626

John P. Walker
Bayhill Therapeutics, Inc.
3430 W. Bayshore Road
Palo Alto, CA 94303

Kate Bingham
71 Kingsway
London WC2B 6ST
United Kingdom

Richard Aldrich
RA Capital Associates
245 First St., 18th Floor
Cambridge, MA 02142

_____
David E. Marder

35012513.1