

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PEIERLS FOUNDATION INC. and
E. JEFFREY PEIERLS, individually and as trustee for Under Deed Ethel F. Peierls for Brian E. Peierls, Under Deed Ethel F. Peierls for E. Jeffrey Peierls, Under Deed Edgar S. Peierls for Ethel F. Peierls et al., Under Deed Jennie N. Peierls for Brian E. Peierls, Under Deed Jennie N. Peierls for E. Jeffrey Peierls, Under Will Jennie N. Peierls for Brian E. Peierls, and Under Will Jennie N. Peierls for E. Jeffrey Peierls

   Plaintiffs,

v.

JAMES E. RURKA,
MARK SKALETSKY,
PAUL J. MELLETT,
RICHARD ALDRICH,        Civil Action No. 0312213ESH
KATE BINGHAM,
CHARLES W. NEWHALL III,
DAVID SCHNELL,
JOHN P. WALKER,

   Defendants.

## DECLARATION OF SUSAN BERNHARDT

1. I am a member of the law firm Netzorg McKeever Koclanes & Bernhardt LLC, located at 1670 Broadway, Suite 500, Denver, CO 80202.

2. I am a member of the highest court of the State of Colorado and am admitted to practice in the United States District Court for the Districts of Colorado, Northern California, and Arizona.

3. I am member of the Bar in good standing of every jurisdiction where I have been admitted to practice.

1

4. There are no disciplinary proceedings currently pending against me as a member of the bar of any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 31st day of December, 2003.

_____
Susan Bernhardt

## Certificate of Service

I hereby certify that I have mailed the foregoing document on January 7, 2004 to the following:

Mark Skaletsky
25 Winthrop Road
Brookline, MA 02445-4527

David Schnell
Prospect Venture Partners
435 Tasso Street, Suite 200
Palo Alto, CA 94301

James E. Rurka
3 Carriage Court
Menlo Park, CA 94025-6626

Kate Bingham
71 Kingsway
London WC2B 6ST
United Kingdom

Paul J. Mellett
500 Arsenal Street
Watertown, MA 02472-2806

Charles W. Newhall, III
2803 Caves Road
Owings Mills, MD 21117

John P. Walker
Bayhill Therapeutics, Inc.
3430 W. Bayshore Road
Palo Alto, CA 94303

Richard Aldrich
RA Capital Associates
245 First St., 18th Floor
Cambridge, MA 02142

_____
David E. Marder

35012513.1

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

ATTORNEYS AT LAW

SUITE 1300
111 HUNTINGTON AVENUE
BOSTON, MA 02199-7610
TEL: 617-267-2300  FAX: 617-267-8288
www.rkmc.com

2004 JAN -7 P 12: 52

DAVID E. MARDER

January 7, 2004

**VIA HAND DELIVERY**
Civil Clerk
United States District Court
District of Massachusetts
United States Courthouse
1 Courthouse Way - Suite 2300
Boston, MA 02210

Re: *Peierls Foundation, Inc., et al. vs. James E. Rurka, et al.*
US District Court, D. Mass. Civil Action No. 03-12213 EFH

Dear Sir/Madam:

Enclosed herewith for filing are: 1) Motion for Admission of Susan Bernhardt and James N. Phillips *Pro Hac Vice*; 2) Declaration of Susan Bernhardt; and 3) Declaration of James N. Phillips. Also enclosed are a check for the filing fee in the amount of $100.00, and a copy of the Motion, to be stamped and returned to the courier.

Thank you for your assistance, and please do not hesitate to call if you should have any questions concerning the enclosed.

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI LLP

David E. Marder

Enclosures

cc: Per Certificate of Service

35012555.1

ATLANTA  BOSTON  LOS ANGELES  MINNEAPOLIS  NAPLES  SAINT PAUL  WASHINGTON, D.C.