IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEIERLS FOUNDATION, INC. and<br>E. JEFFREY PEIERLS, individually<br>and as trustee,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES E. RURKA, MARK SKALETSKY,<br>PAUL J. MELLETT,<br>RICHARD ALDRICH,<br>KATE BINGHAM,<br>CHARLES W. NEWHALL III<br>DAVID SCHNELL, and<br>JOHN P. WALKER,<br><br>Defendants. | Civil Action No. 03 CV 12213 EFH |

## NOTICE OF APPEARANCE

Steven W. Hansen and Matthew C. Applebaum of Bingham McCutchen LLP hereby notice their appearance as counsel for Defendants James Rurka, Mark Skaletsky, Paul J. Mellett, Richard Aldrich, Kate Bingham, Charles W. Newhall III, David Schnell and John P. Walker in this matter.

LITDOCS:537553.1

-2-

Respectfully submitted,

JAMES RURKA, MARK SKALETSKY, PAUL J. MELLETT, RICHARD ALDRICH, KATE BINGHAM, CHARLES W. NEWHALL III, DAVID SCHNELL, AND JOHN P. WALKER,

By their attorneys,

/s/ Steven W. Hansen
Steven W. Hansen (BBO# 220820)
Matthew C. Applebaum (BBO# 653606)
**Bingham McCutchen LLP**
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated: February 17, 2004.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon counsel for Plaintiffs, David E. Marder, Robins, Kaplan, Miller & Ciresi, L.L.P., 111 Huntington Ave., Boston MA 02199, by hand on February 17, 2004.

/s/ Matthew C. Applebaum
Matthew C. Applebaum

LITDOCS:537553.1