## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PEIERLS FOUNDATION, INC., ET AL.,
        Plaintiffs

v.

JAMES E. RURKA, ET AL.,
        Defendants.

CIVIL ACTION NO.:
03-12213-EFH

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

May 5, 2004

HARRINGTON, S.D.J.

    Upon review of the documents submitted in this case, Defendants' Motion to Dismiss [pleading No. 15] is denied. The Court shall entertain a motion for summary judgment at the close of discovery.

    SO ORDERED.

                                           /s/ Edward F. Harrington
                                           EDWARD F. HARRINGTON
                                           United States Senior District Judge