IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PEIERLS FOUNDATION, INC. and        )
E. JEFFREY PEIERLS, individually    )
and as trustee,                     )
                                    )
          Plaintiffs,               )
                                    )
     v.                             )          Civil Action No. 03 CV 12213 EFH
                                    )
JAMES E. RURKA, MARK SKALETSKY,)
PAUL J. MELLETT,                    )
RICHARD ALDRICH,                    )
KATE BINGHAM,                       )
CHARLES W. NEWHALL III              )
DAVID SCHNELL, and                  )
JOHN P. WALKER,                     )
                                    )
          Defendants.               )
                                    )

## DEFENDANTS' CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

Defendants and undersigned counsel for defendants certify that they have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation and have conferred to consider the resolution of this litigation through the use of alternative dispute resolutions programs such as those outlined in Local Rule 16.4.

-2-

_Steven W. Hansen (BBO# 220820)_

Steven W. Hansen (BBO# 220820)
Matthew   C.   Applebaum   (BBO#
653606)
**Bingham McCutchen LLP**
150 Federal Street
Boston, MA 02110
(617) 951-8000

_____

Mark Skaletsky

_____

James Rurka

_____

Paul J. Mellett

_____

Richard Aldrich

_____

Kate Bingham

_____

Louis Citron for Charles W. Newhall
III

_____

David Schnell

_____

John P. Walker

Dated:      May 4, 2004

-2-

Steven W. Hansen (BBO# 220820)
Matthew  C.  Applebaum  (BBO#
653606)
**Bingham McCutchen LLP**
150 Federal Street
Boston, MA 02110
(617) 951-8000

Mark Skaletsky

James Rurka

Paul J. Mellett

Richard Aldrich

Kate Bingham

Louis Citron for Charles W. Newhall
III

David Schnell

John P. Walker

Dated:      May 4, 2004

-2-

Steven W. Hansen (BBO# 220820)
Matthew   C.   Applebaum   (BBO#
653606)
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000


Mark Skaletsky

James Rurka


Paul J. Mellett


Richard Aldrich


Kate Bingham


Louis Citron for Charles W. Newhall
III


David Schnell


John P. Walker

Dated:       May 4, 2004

LITDOCS:549252.1

-2-

Steven W. Hansen (BBO# 220820)
Matthew   C.   Applebaum   (BBO#
653606)
**Bingham McCutchen LLP**
150 Federal Street
Boston, MA 02110
(617) 951-8000

---

Mark Skaletsky

---

James Rurka

---

Paul J. Mellett

---

Richard Aldrich

---

Kate Bingham

---

Louis Citron for Charles W. Newhall
III

---

David Schnell

---

John P. Walker

Dated:      May 4, 2004

-2-

_____

Steven W. Hansen (BBO# 220820)
Matthew C. Applebaum (BBO# 653606)
**Bingham McCutchen LLP**
150 Federal Street
Boston, MA 02110
(617) 951-8000


_____

__Mark Skaletsky


_____

James Rurka


_____

Paul J. Mellett

_____

Richard Aldrich


_____

Kate Bingham


_____

Louis Citron for Charles W. Newhall III


_____

David Schnell

-2-

Steven W. Hansen (BBO# 220820)
Matthew C. Applebaum (BBO# 653606)
**Bingham McCutchen LLP**
150 Federal Street
Boston, MA 02110
(617) 951-8000

_____
Mark Skaletsky

_____
James Rurka

_____
Paul J. Mellett

_____
Richard Aldrich

_____
Kate Bingham

_____
Louis Citron for Charles W. Newhall III

_____
David Schnell

_____
John P. Walker

Dated:      May 4, 2004

LITDOCS:549252.1

-2-

Steven W. Hansen (BBO# 220820)
Matthew   C.   Applebaum   (BBO#
653606)
**Bingham McCutchen LLP**
150 Federal Street
Boston, MA 02110
(617) 951-8000

Mark Skaletsky

James Rurka

Paul J. Mellett

Richard Aldrich

Kate Bingham

Louis Citron for Charles W. Newhall
III

David Schnell

John P. Walker

Dated:    May 4, 2004

LITDOCS:549252.1

-2-

Steven W. Hansen (BBO# 220820)
Matthew C. Applebaum (BBO# 653606)
**Bingham McCutchen LLP**
150 Federal Street
Boston, MA 02110
(617) 951-8000

_____

Mark Skaletsky

_____

James Rurka

_____

Paul J. Mellett

_____

Richard Aldrich

_____

Kate Bingham

_____

Louis Citron for Charles W. Newhall III

_____

David Schnell

_____

John P. Walker

Dated: May 4, 2004

LITDOCS/548252.1

05/04/2004  13:55    6503253096              JOHN WALKER              PAGE  02
MAY 04 '04 15:44 FR BINGHAM MCCUTCHEN LLP617 951 8736 TO 916503253096    P.03

-2-

Steven W. Hansen (BBO# 220820)
Matthew   C.   Applebaum   (BBO#
658606)
**Bingham McCutchen LLP**
150 Federal Street
Boston, MA 02110
(617) 951-8000


Mark Skaletsky


James Rurka


Paul J. Mellett


Richard Aldrich


Kate Bingham


Louis Citron for Charles W. Newhall
III


David Schnell


John P. Walker

Dated:      May 4, 2004

LITDOCS:540252.1