UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEIERLS FOUNDATION INC. and<br>E. JEFFREY PEIERLS, individually<br>and as trustee<br><br>Plaintiffs,<br><br>v.<br><br>JAMES E. RURKA, MARK SKALETSKY,<br>PAUL J. MELLETT, RICHARD ALDRICH,<br>KATE BINGHAM,<br>CHARLES W. NEWHALL III,<br>DAVID SCHNELL, and JOHN P. WALKER<br><br>Defendants. | )<br>)<br>)<br>)  Civil Action No. 03-12213 EFH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Plaintiffs in connection with the above captioned matter.

Respectfully submitted,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

_____
Lisa A. Furnald (BBO #631059)
Robins, Kaplan, Miller & Ciresi L.L.P.
111 Huntington Avenue, Suite 1300
Boston, MA 02199
617-267-2300

Dated: May 13, 2004

### CERTIFICATE OF SERVICE

I hereby certify that on this 13 day of May, 2004, a true and correct copy of the above and foregoing was served first class mail, postage prepaid to: Steven W. Hansen, Esq. and Matthew C. Applebaum, Bingham McCutchen LLP 150 Federal Street Boston, MA 02110.

_____
Lisa A. Furnald

Word 35015815.1