UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEIERLS FOUNDATION INC. and )<br>E. JEFFREY PEIERLS, individually )<br>and as trustee )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>JAMES E. RURKA, MARK SKALETSKY, )<br>PAUL J. MELLETT, RICHARD ALDRICH, )<br>KATE BINGHAM, )<br>CHARLES W. NEWHALL III, )<br>DAVID SCHNELL, and JOHN P. WALKER )<br>)<br>Defendants. )<br>) | Civil Action No. 03-12213 EFH |

## MOTION FOR ADMISSION OF PETER G. KOCLANES *PRO HAC VICE*

Lisa A. Furnald, a member in good standing of the bar of this Court, respectfully moves for the admission of Peter G. Koclanes *Pro Hac Vice*. Filed herewith is a Declaration establishing that: 1) Mr. Koclanes is a member of the bar of a United States District Court or the bar of the highest court of a state; 2) Mr. Koclanes is in good standing in every jurisdiction where he has been admitted to practice; 3) there are no disciplinary proceedings pending against Mr. Koclanes as a member of the bar in any jurisdiction; and 4) Mr. Koclanes is familiar with the Local Rules for the United States District Court for the District of Massachusetts.

Word 35019621.1

Respectfully submitted,

_____
Lisa A. Furnald, Esq. (BBO #631059)
Attorney for Plaintiffs
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
111 Huntington Avenue, Suite 1300
Boston, MA 02199
(617) 267-2300

Dated: November 8, 2004

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that on November 8, 2004, I conferred in accordance with Local Rule 7.1 in an attempt to resolve or narrow the issue raised in this Motion.

_____
Lisa A. Furnald

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed the foregoing document on November __, 2004 to the following:

Steven W. Hansen, Esq.
Matthew C. Applebaum, Esq.
Bingham McCutchen L.L.P.
150 Federal Street
Boston, MA 02110

_____
Lisa A. Furnald

Word 35019621.1