# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEIERLS FOUNDATION INC. and<br>E. JEFFREY PEIERLS, individually<br>and as trustee<br><br>　　　　　Plaintiffs,<br>v.<br><br>JAMES E. RURKA, MARK SKALETSKY,<br>PAUL J. MELLETT, RICHARD ALDRICH,<br>KATE BINGHAM,<br>CHARLES W. NEWHALL III,<br>DAVID SCHNELL, and JOHN P. WALKER<br><br>　　　　　Defendants. | Civil Action No. 03-12213 EFH |

## DECLARATION OF PETER G. KOCLANES

1. I submit this Declaration in support of my application for an order permitting me to appear in this action as counsel *Pro Hac Vice* for Plaintiffs.

2. Each of the facts stated herein are based on my personal knowledge and, if called and sworn as a witness, I could and would competently testify hereto.

3. I am a member of the law firm Netzorg McKeever Koclanes & Bernhardt LLC, located at 1670 Broadway, Suite 500, Denver, CO 80202.

4. I was admitted to practice law in Colorado in 1987, and in New York in 1990 and before the following courts on the following dates: United States Court of Appeals for the Federal Circuit, 1989; United States District Court for the Southern District of New York, 1991; United States District Court for the Eastern District of New York, 1991; United States District

Court, District of Colorado, 1996; United States Court of Appeals for the Second Circuit, 1996; and, United States District Court for the Tenth Circuit, 1996.

5. I am member in good standing with the State Bar of Colorado and in all of the above-referenced courts in which I admitted to practice. I have not been suspended or disbarred in any court or jurisdiction.

6. I have never previously applied for admission to appear *Pro Hac Vice* in the State of Massachusetts.

7. I am not a resident of the State of Massachusetts nor am I regularly employed or engaged in substantial business, professional or other activities in the State of Massachusetts.

8. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury under the laws of the State of Massachusetts that the foregoing is true and correct.

Executed this 29th day of October, 2004, at Denver, Colorado.

_____
Peter G. Koclanes