UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEIERLS FOUNDATION INC. and<br>E. JEFFREY PEIERLS, individually<br>and as trustee<br><br>Plaintiffs,<br><br>v.<br><br>JAMES E. RURKA, MARK SKALETSKY,<br>PAUL J. MELLETT, RICHARD ALDRICH,<br>KATE BINGHAM,<br>CHARLES W. NEWHALL III,<br>DAVID SCHNELL, and JOHN P. WALKER<br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 03-12213 EFH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

FILED IN CLERK'S OFFICE
2005 FEB -1 P 4:44
U.S. DISTRICT COURT
DISTRICT OF MASS

[~~PROPOSED~~] ORDER GRANTING MEDIATION AND REVISING SCHEDULE

The Court, having considered the Joint Motion for Order Granting Mediation and Revising Schedule and finding that good cause has been shown, hereby orders that:

1. Mediation is granted pursuant to L.R. 16.4(4).

2. The mediation shall be conducted in accordance with the ADR Agreement, a copy of which is attached to the Joint Motion and which is incorporated herein by reference.

3. Pursuant to L.R. 16.1(G), the Court modifies the Scheduling Order to provide that:

| | |
|---|---|
| Fact Discovery Completed: | June 1, 2005 |
| Discovery Motions: | June 1, 2005 |
| Plaintiff's Expert Reports and 26(a)(2) Disclosure: | July 29, 2005 |
| Defendants' Expert Reports and 26(a)(2) Disclosure: | October 2, 2005 |
| Plaintiff's Rebuttal Expert Report: | October 24, 2005 |

LITDOCS/584989.1

| | |
|---|---|
| Expert Depositions completed: | December 24, 2005 |
| Motions Relating to Expert Discovery: | December 24, 2005 |
| Dispositive Motions: | January 24, 2006 |
| Oppositions to Dispositive Motions: | February 24, 2006 |
| 26(a)(3) Disclosures: | March 17, 2006 |
| Final Pretrial Conference: | March 23, 2006 |

BY: _____
Harrington, J.
2-3-05