SCANNED DATE: 3/4/05 BY: M.P.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR -3  A 11: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| PEIERLS FOUNDATION INC. and<br>E. JEFFREY PEIERLS, individually<br>and as trustee<br><br>Plaintiffs,<br>v.<br><br>JAMES E. RURKA, MARK SKALETSKY,<br>PAUL J. MELLETT, RICHARD ALDRICH,<br>KATE BINGHAM,<br>CHARLES W. NEWHALL III,<br>DAVID SCHNELL, and JOHN P. WALKER<br><br>Defendants. | Civil Action No. 03-12213 EFH |

*E.F.H.*

**[~~PROPOSED~~] CONFIDENTIALITY STIPULATION AND ORDER**

For good cause shown, the Court hereby enters as an order the Confidentiality Stipulation and Order jointly proposed by the parties and attached to the parties' Joint Motion for Entry of Confidentiality Stipulation and Order.

Edward F. Harrington
United States Senior District Judge

Dated: 3-8-05

Word 35021384.1
LITDOCS/591184.1