UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEIERLS FOUNDATION INC. and<br>E. JEFFREY PEIERLS, individually<br>and as trustee<br><br>       Plaintiffs,<br>v.<br><br>JAMES E. RURKA, MARK SKALETSKY,<br>PAUL J. MELLETT, RICHARD ALDRICH,<br>KATE BINGHAM,<br>CHARLES W. NEWHALL III,<br>DAVID SCHNELL, and JOHN P. WALKER<br><br>       Defendants. | )<br>)<br>) Civil Action No. 03-12213 EFH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS

TO ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective **April 1, 2005**, the firm of Robins, Kaplan, Miller & Ciresi L.L.P. will be relocating. The new address is as follows:

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, Suite 2500
Boston, MA 02199

The telephone and facsimile numbers will remain the same.

Respectfully submitted,

_____
David E. Marder, Esq. (BBO #552485)
Lisa A. Furnald, Esq. (BBO # 631059)
Robins, Kaplan, Miller & Ciresi L.L.P.
111 Huntington Avenue, Suite 1300
Boston, Massachusetts 02199
(617) 267-2300

Word 35022516.1

1

## CERTIFICATE OF SERVICE

    I, Lisa A. Furnald, hereby certify that a copy of the attached Notice of Change of Address was served via facsimile and first class mail to Steven W. Hansen, Esq. and Matthew C. Applebaum, Esq., Bingham McCutchen L.L.P., 150 Federal Street, Boston, MA 02110, and Peter Koclanes, Esq., Netzorg McKeever Koclanes & Bernhardt LLC, 1670 Broadway, Suite 500, Denver, Colorado 80202 on March ⟶/, 2005.

_____
Lisa A. Furnald