UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PEIERLS FOUNDATION INC. and )
E. JEFFREY PEIERLS, individually )
and as trustee )
) Civil Action No. 03-12213 EFH
Plaintiffs, )
v. )
)
JAMES E. RURKA, MARK SKALETSKY, )
PAUL J. MELLETT, RICHARD ALDRICH, )
KATE BINGHAM, )
CHARLES W. NEWHALL III, )
DAVID SCHNELL, and JOHN P. WALKER )
)
Defendants. )
)

## JOINT MOTION FOR ORDER REVISING SCHEDULING ORDER

Now come the parties pursuant to Local Rule 16.1(G) and respectfully request that the Court revise the schedule in this matter. In support of this motion, the parties state as follows:

1. This is a securities action filed under Section 18 of the Securities Exchange Act of 1934, 15 U.S.C. § 78 *et seq.*

2. After commencing written discovery, the parties agreed to submit this matter to mediation.

3. Upon order of the Court dated February 8, 2005, the parties submitted to mediation with Kyle Lefkoff, a business person located on Colorado. The parties and the mediator diligently pursued settlement efforts until mid-May, 2005.

4. At this time, the parties believe that completing discovery is a necessary next step toward the resolution of this matter by settlement or otherwise. The parties have some additional written discovery to complete, and have taken no depositions to date.

BN1 35023914.1

5. In order to complete discovery, the parties respectfully request that the schedule be revised as follows:

| | |
|---|---|
| Fact Discovery Completed: | November 1, 2005 |
| Discovery Motions: | November 1, 2005 |
| Plaintiffs' Expert Reports and 26(a)(2) Disclosure: | December 1, 2006 |
| Defendants' Expert Reports and 26(a)(2) Disclosure: | January 15, 2006 |
| Plaintiff's Rebuttal Expert Report: | February 15, 2006 |
| Expert Depositions completed: | April 15, 2006 |
| Motions Relating to Expert Discovery: | April 15, 2006 |
| Dispositive Motions Filed: | May 15, 2006 |
| Oppositions to Dispositive Motions Filed: | June 15, 2006 |
| 26(a)(3) Disclosures: | July 15, 2006 |
| Final Pretrial Conference: | July 30, 2006 |

The parties have submitted the foregoing dates in the [Proposed] Order Revising the Scheduling Order attached to this motion.

WHEREFORE, the parties respectfully request that the Court allow this motion and enter the [Proposed] Order Revising the Scheduling Order attached to this motion.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| By their attorneys, | By their attorneys, |

_/s/ Lisa A. Furnald_  
David E. Marder, Esq. (BBO #552485)  
Lisa A. Furnald, Esq. (BBO # 631059)  
Robins, Kaplan, Miller & Ciresi L.L.P.  
800 Boylston Street, 25th Floor  
Boston, Massachusetts 02199  
(617) 267-2300

Peter Koclanes, Esq.  
Netzorg McKeever Koclanes & Bernhardt LLC  
1670 Broadway, Suite 500  
Denver, CO 80202  
(303) 864-1000

_/s/ Matt C. Applebaum_  
Steven W. Hansen, Esq. (BBO # 220820)  
Matthew C. Applebaum, Esq. (BBO # 653606)  
Bingham McCutchen LLP  
150 Federal Street  
Boston, MA 02110

Dated: May 27th, 2005

Dated: May 27th, 2005

BN1 35023914.1