IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
PEIERLS FOUNDATION, INC. and                )
E. JEFFREY PEIERLS, individually            )
and as trustee,                             )
                                            )
        Plaintiffs                          )
                                            )
v.                                          ) Civil Action No. 03-CV-12213 EFH
                                            )
JAMES E. RURKA, MARK SKALETSKY,             )
PAUL J. MELLETT, RICHARD ALDRICH,           )
KATE BINGHAM, CHARLES W.                    )
NEWHALL III, DAVID SCHNELL, and             )
JOHN P. WALKER,                             )
                                            )
        Defendants                          )
_____)

## NOTICE OF APPEARANCE

Please enter my appearance for the defendant, Paul J. Mellett, in the above-captioned matter.

                                                               Respectfully submitted,

                                                             ___/s/ Michael A. Collora_____
                                                             Michael A. Collora (BBO #092940)
                                                             **DWYER & COLLORA, LLP**
                                                             600 Atlantic Avenue
                                                            Boston, MA  02210
                                                            617-371-1000
                                                            617-371-1037 (fax)

September 12, 2005