IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                                    )
PEIERLS FOUNDATION, INC. and                  )
E. JEFFREY PEIERLS, individually                  )
and as trustee,                                                  )
                                                                    )
       Plaintiffs                                         )
                                                                    )
v.                                                                  ) Civil Action No. 03-CV-12213 EFH
                                                                    )
JAMES E. RURKA, MARK SKALETSKY,      )
PAUL J. MELLETT, RICHARD ALDRICH,     )
KATE BINGHAM, CHARLES W.                    )
NEWHALL III, DAVID SCHNELL, and           )
JOHN P. WALKER,                                         )
                                                                    )
       Defendants                                       )
_____)

## NOTICE OF APPEARANCE

Please enter my appearance for the defendant, Paul J. Mellett, in the above-captioned matter.

                              Respectfully submitted,

                             ___/s/ David M. Osborne_____
                             David M. Osborne  (BBO #564840)
                             **DWYER & COLLORA, LLP**
                             600 Atlantic Avenue
                             Boston, MA  02210
                             617-371-1000
                             617-371-1037 (fax)

DATED:        September 12, 2005