IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PEIERLS FOUNDATION, INC. and )
E. JEFFREY PEIERLS, individually )
and as trustee, )
)
      Plaintiffs, )
)
v. )  Civil Action No. 03 CV 12213 EFH
)
JAMES E. RURKA, MARK SKALETSKY, )
PAUL J. MELLETT, )
RICHARD ALDRICH, )
KATE BINGHAM, )
CHARLES W. NEWHALL III )
DAVID SCHNELL, and )
JOHN P. WALKER, )
)
      Defendants. )

**CERTIFICATE OF DARIUS C. OGLOZA
IN SUPPORT OF REQUEST FOR ADMISSION PRO HAC VICE**

I, Darius C. Ogloza, in accordance with Local Rule 83.5.3(b), hereby certify as follows:

1. I am a partner in the San Francisco, CA office of the law firm of Latham Watkins, which has been retained as counsel by defendant David Schnell in connection with above-captioned matter.

2. I am a member in good standing of each of the Bars of which I am a member.

3. There are no disciplinary proceedings against me as a member of the bar in jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for District of Massachusetts.

-2-

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

Date: 9/14/05

_____
Darius C. Ogloza (Bar No.)
Latham & Watkins
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-2562

LITDOCS:324140.1
LITDOCS/615164.1