IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEIERLS FOUNDATION, INC. and E. JEFFREY PEIERLS, individually and as trustee,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES E. RURKA, MARK SKALETSKY, PAUL J. MELLETT, RICHARD ALDRICH, KATE BINGHAM, CHARLES W. NEWHALL III DAVID SCHNELL, and JOHN P. WALKER,<br><br>Defendants. | Civil Action No. 03 CV 12213 EFH |

### CERTIFICATE OF ADRIAN F. DAVIS
### IN SUPPORT OF REQUEST FOR ADMISSION PRO HAC VICE

I, Adrian F. Davis, in accordance with Local Rule 83.5.3(b), hereby certify as follows:

1. I am an associate in the San Francisco, CA office of the law firm of Latham & Watkins, which has been retained as counsel by defendant David Schnell in connection with the above-captioned matter.

2. I am a member in good standing of each of the Bars of which I am a member.

3. There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

LITDOCS:324140.1

-2-

Date: 09/15/05

Adrian F. Davis (Bar No. 215827)
Latham & Watkins
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-2562

LITDOCS:324140.1