IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEIERLS FOUNDATION, INC. and<br>E. JEFFREY PEIERLS, individually<br>and as trustee,<br><br>       Plaintiffs<br><br>v.<br><br>JAMES E. RURKA, MARK SKALETSKY,<br>PAUL J. MELLETT, RICHARD ALDRICH,<br>KATE BINGHAM, CHARLES W.<br>NEWHALL III, DAVID SCHNELL, and<br>JOHN P. WALKER,<br><br>       Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 03-CV-12213 EFH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter my appearance for the defendant, Mark Skaletsky, in the above-captioned matter.

                                                    Respectfully submitted,

                                                    /s/ Michael A. Collora
                                                  Michael A. Collora (BBO #092940)
                                                  **DWYER & COLLORA, LLP**
                                                  600 Atlantic Avenue
                                                  Boston, MA 02210
                                                  617-371-1000
                                                  617-371-1037 (fax)

October 5, 2005