## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PEIERLS FOUNDATION, INC. and E. JEFFREY PEIERLS, individually and as trustee,<br><br>   Plaintiffs<br><br>v.<br><br>JAMES E. RURKA, MARK SKALETSKY, PAUL J. MELLETT, RICHARD ALDRICH, KATE BINGHAM, CHARLES W. NEWHALL III, DAVID SCHNELL, and JOHN P. WALKER,<br><br>   Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 03-CV-12213 EFH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

Please enter my appearance for the defendant, Mark Skaletsky, in the above-captioned matter.

Respectfully submitted,

___/s/David M. Osborne _____
David M. Osborne (BBO #564840)
**DWYER & COLLORA, LLP**
600 Atlantic Avenue
Boston, MA  02210
617-371-1000
617-371-1037 (fax)

October 5, 2005