IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEIERLS FOUNDATION, INC. and<br>E. JEFFREY PEIERLS, individually<br>and as trustee,<br><br>        Plaintiffs,<br><br>        v.<br><br>JAMES E. RURKA, MARK SKALETSKY,<br>PAUL J. MELLETT,<br>RICHARD ALDRICH,<br>KATE BINGHAM,<br>CHARLES W. NEWHALL III<br>DAVID SCHNELL, and<br>JOHN P. WALKER,<br><br>        Defendants. | Civil Action No. 03 CV 12213 EFH |

FILED
CLERKS OFFICE

2005 OCT -7  P 4:35

U.S. DISTRICT COURT
DISTRICT OF MASS.

## NOTICE OF WITHDRAWAL OF STEVEN W. HANSEN AND MATTHEW C. APPLEBAUM FOR DEFENDANT MARK SKALETSKY

Pursuant to Local Rule 83.5.2, we hereby withdraw our appearance for Defendant Mark Skaletsky in this matter. The requirements of Local Rule 83.5.2 are satisfied in that Michael A. Collora and David M. Osborne of Dwyer & Collora LLP have entered an appearance on behalf of Mr. Skaletsky; there are no motions pending before the court; no trial date has been set; and no hearings or conferences are scheduled, and no reports, written or oral, are due.

LITDOCS/618157.1

-2-

Respectfully submitted,

_____
Steven W. Hansen (BBO# 220820)
Matthew C. Applebaum (BBO# 653606)
**Bingham McCutchen LLP**
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated:    October 7, 2005.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 7, 2005, a true and correct copy of the above and foregoing document was served by first-class mail upon counsel for Paul J. Mellett and Mark Skaletsky, Michael A. Collora, Dwyer & Collora, LLP, 600 Atlantic Ave., Boston, MA 02110; and by Federal Express upon counsel for Plaintiffs Peter G. Koclanes, Netzorg McKeever Koclanes & Bernhardt LLC, 1670 Broadway, Suite 500, Denver, CO 80202.

_____
Matthew C. Applebaum

LITDOCS/618157.1