IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEIERLS FOUNDATION, INC. and E. JEFFREY PEIERLS, individually and as trustee,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES E. RURKA,<br>MARK SKALETSKY,<br>PAUL J. MELLETT,<br>RICHARD ALDRICH,<br>KATE BINGHAM,<br>CHARLES W. NEWHALL III<br>DAVID SCHNELL, and<br>JOHN P. WALKER,<br><br>Defendants. | Civil Action No. 03 CV 12213 EFH |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(ii), the undersigned parties, by their attorneys, hereby stipulate to the dismissal of all claims asserted in the above-captioned proceeding with prejudice, each party to bear its own costs and attorney fees. The parties waive all rights of appeal.

PEIERLS FOUNDATION, INC.; E.
JEFFREY PEIERLS INDIVIDUALLY AND
AS TRUSTEE FOR TRUST UNDER DEED
ETHEL F. PEIERLS FOR BRIAN E.
PEIERLS; TRUST UNDER DEED ETHEL
F. PEIERLS FOR E. JEFFREY PEIERLS;
TRUST UNDER DEED EDGAR S. PEIERLS
FOR ETHEL F. PEIERLS ET AL., TRUST

LITDOCS/621035.1

UNDER DEED JENNIE N. PEIERLS FOR BRIAN E. PEIERLS; TRUST UNDER DEED JENNIE N. PEIERLS FOR E. JEFFREY PEIERLS; TRUST UNDER WILL JENNIE N. PEIERLS FOR BRIAN E. PEIERLS; AND TRUST UNDER WILL JENNIE N. PEIERLS FOR E. JEFFREY PEIERLS

By their attorneys,

_____
David E. Marder (BBO #552485)
Robins, Kaplan, Miller & Ciresi LLP,
111 Huntington Avenue, Suite 1300
Boston, MA. 02199
617 267-2300

Peter G. Koclanes
Netzorg McKeever Koclanes
& Bernhardt LLC
1670 Broadway, Suite 500
Denver, CO 80202
(303) 864-1000

RICHARD ALDRICH; KATE BINGHAM,
CHARLES W. NEWHALL III;
JAMES E. RURKA; DAVID SCHNELL; and
JOHN P. WALKER

By their attorneys,

_/s/ Steven W. Hansen_
_Steven W. Hansen (BBO #220820)
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000


MARK SKALETSKY
PAUL J. MELLETT

By their attorneys,

_/s/ Michael A. Collora_

Michael Collora (BBO#092940)
Dwyer & Collora
600 Atlantic Avenue
Boston, MA 02110
(617) 371-1000

Dated: November 30, 2005

3